UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                CIVIL ACTION NO.: 14-10152

        Plaintiff,                HONORABLE: John Corbett O'Meara

vs.

ALBERT R. ROBINSON II.,

        Defendant,
_____/

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that the above entitled cause, in which no answer has been filed to the Complaint herein, is hereby dismissed, without prejudice and without costs under the provision of Rule 41(a) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    By: */s/ Craig S. Schoenherr, Sr.,*
      CRAIG S. SCHOENHERR, SR. (P32245)
      Attorney for Plaintiff
      O'Reilly Rancilio PC
      12900 Hall Rd Ste 350
      Sterling Heights, MI 48313
      Phone: (586) 726-1000
      Fax: (586) 726-1560

Dated: January 30, 2014      cschoenherr@orlaw.com